IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUG E. CHARLES,

    Petitioner,

-vs-

JAMES N. CROSS
*Warden*,

    Respondent.        No. 15-cv-777-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 4, 2016 (Doc.22), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the respondent.

        JUSTINE FLANAGAN,
        ACTING CLERK OF COURT

        BY:  s/*Caitlin Fischer*
              Deputy Clerk

**DATED:** October 5, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.10.05
11:07:06 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**